Michael G. Woods, # 058683-0　　　　　　　　　　　　　　　(SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:　　(559) 433-1300
Facsimile:　　(559) 433-2300

Attorneys for Defendants
COUNTY OF FRESNO and DR. GARY D. ZOMALT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| M. J., a minor, by and through his parents, G.J. and J.J.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRESNO COUNTY and DR. GARY D. ZOMALT, in his official capacity as the Director of the FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES,<br><br>　　　　　Defendants. | Case No.  1:05-CV-00927-OWW-LJO<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

　　　　IT IS HEREBY STIPULATED by the parties hereto that defendants COUNTY OF FRESNO and DR. GARY D. ZOMALT, who were served with the Complaint on July 20, 2005, and July 21, 2005, respectively, are granted an extension of time in which to answer or otherwise respond to plaintiff's Complaint to September 8, 2005.

Dated:  July 29, 2005　　　　　　　　　　　　　McCORMICK, BARSTOW, SHEPPARD
　　　　　　　　　　　　　　　　　　　　　　　　　　WAYTE & CARRUTH LLP


　　　　　　　　　　　　　　　　　　　　　By:___/S/   Michael G. Woods_____
　　　　　　　　　　　　　　　　　　　　　　　　　Michael G. Woods
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　COUNTY OF FRESNO and DR. GARY D.

                                              ZOMALT

Dated: August 1, 2005                           THE SCHINNER LAW GROUP

                                          By: /S/ Jay T. Jambeck

                                                  Jay T. Jambeck
                                                  Attorney for Plaintiffs

## **ORDER**

Based on the stipulation of all parties hereto and good cause appearing therefore:

IT IS HEREBY ORDERED that defendants COUNTY OF FRESNO and DR. GARY D. ZOMALT, shall be granted an extension of time to September 8, 2005, to answer or otherwise respond to plaintiff's Complaint on file herein.

IT IS SO ORDERED.

**Dated: August 5, 2005**                         /s/ Lawrence J. O'Neill

b9ed48                                                UNITED STATES MAGISTRATE JUDGE