1  Michael G. Woods, # 058683-0                    (SPACE BELOW FOR FILING STAMP ONLY)
   McCormick, Barstow, Sheppard
2  Wayte & Carruth LLP
   P.O. Box 28912
3  5 River Park Place East
   Fresno, CA  93720-1501
4  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
5
   Attorneys for Defendants
6  COUNTY OF FRESNO and DR. GARY D. ZOMALT

7

8                     UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT

10

11 | M. J., a minor, by and through his parents, | Case No.  1:05-CV-00927-OWW-LJO |
   | G.J. and J.J.,                              |                                  |
12 |                                             | STIPULATION AND ORDER RE EXTENSION |
   |                Plaintiff,                   | OF TIME TO RESPOND TO COMPLAINT  |
13 |                                             |                                  |
   |                v.                           |                                  |
14 |                                             |                                  |
   | FRESNO COUNTY and DR. GARY D.               |                                  |
15 | ZOMALT, in his official capacity as the     |                                  |
   | Director of the FRESNO COUNTY               |                                  |
16 | DEPARTMENT OF CHILDREN AND                  |                                  |
   | FAMILY SERVICES,                            |                                  |
17 |                                             |                                  |
   |                Defendants.                  |                                  |
18

19      IT IS HEREBY STIPULATED by the parties hereto that due to settlement negotiations

20 which are currently in progress, defendants COUNTY OF FRESNO and DR. GARY D.

21 ZOMALT, whom were served with the FIRST AMENDED COMPLAINT on August 30, 2005,

22 are granted an extension of time in which to answer or otherwise respond to plaintiff's First

23 Amended Complaint to October 4, 2005, .

24 \\\

25 \\\

26 \\\

27 \\\

28 \\\

STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

\\\

| | |
|---|---|
| Dated: September 15, 2005 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |

By: ___\S\  Michael G. Woods___
Michael G. Woods
Attorneys for Defendants
COUNTY OF FRESNO and DR. GARY D. ZOMALT

| | |
|---|---|
| September 19, 2005 | THE SCHINNER LAW GROUP |

By: ___\S\ Jay T. Jambeck___
Jay T. Jambeck, Esq.
Attorney for Plaintiffs

## **ORDER**

Based on the stipulation of all parties hereto and good cause appearing therefore:

IT IS HEREBY ORDERED that defendants COUNTY OF FRESNO and DR. GARY D. ZOMALT shall be granted an extension of time to October 4, 2005, to answer or otherwise respond to plaintiffs' First Amended Complaint on file herein.

DATED:   September 23, 2005        /s/ OLIVER W. WANGER
U.S. DISTRICT JUDGE

29253/00155-866213.v1