| | |
|---|---|
| Michael G. Woods, # 058683-0<br>McCormick, Barstow, Sheppard<br>Wayte & Carruth LLP<br>P.O. Box 28912<br>5 River Park Place East<br>Fresno, CA  93720-1501<br>Telephone:   (559) 433-1300<br>Facsimile:    (559) 433-2300 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Defendants
COUNTY OF FRESNO and DR. GARY D. ZOMALT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| M. J., a minor, by and through his parents, G.J. and J.J.,<br><br>           Plaintiff,<br><br>    v.<br><br>FRESNO COUNTY and DR. GARY D. ZOMALT, in his official capacity as the Director of the FRESNO COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES,<br><br>           Defendants. | Case No.  1:05-CV-00927-OWW-LJO<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff M.J., a minor, by and through his parents Gary Jensen and Judy Jensen and GARY JENSEN and JUDY JENSEN, individually, and Defendants COUNTY OF FRESNO and DR. GARY D. ZOMALT, in his official capacity as the Director of Fresno County Department of Children and Family Services, that the Complaint shall be dismissed with prejudice.  The respective parties shall each bear their own costs and attorneys' fees.

///

///

///

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: November 2, 2005 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |
| | By:  /S/   Michael G. Woods<br>Michael G. Woods<br>Attorneys for Defendants<br>COUNTY OF FRESNO and DR. GARY D. ZOMALT |
| Dated: November 1, 2005 | SCHINNER LAW GROUP |
| | By:  /S/  Jay T. Jambeck<br>Jay T. Jambeck<br>Attorneys for Plaintiffs<br>M.J., a minor, by and through his parents Gary Jensen and Judy Jensen and GARY JENSEN and JUDY JENSEN, individually |

## **ORDER**

Based on the Stipulation of the parties hereto and good cause appearing therefor,

IT IS ORDERED that the Complaint of Plaintiffs M.J., a minor, by and through his parents, Gary Jensen and Judy Jensen, and GARY JENSEN and JUDY JENSEN, individually is dismissed with prejudice.

Dated:  12/15, 2005.

 /s/Oliver W. Wanger
JUDGE OF THE U. S. DISTRICT COURT

29253/00155-872776.v1

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com